United States District Court
Southern District of Texas
**ENTERED**
February 24, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GARY SELF, JR., Individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-15-1569 |
| QUINN'S RENTAL SERVICES (USA), LLC, *f/k/a* QUINN'S ENERGY SERVICES, LLC, *f/k/a* LEE SPECIALTIES (USA), LLC, JAMES R. LEE, DOUG QUINN, and STEVE VAN TETERING, | § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

The parties have reached a settlement of all claims in this lawsuit and have requested the court to enter a dismissal. The court approves the settlement. This civil case is dismissed with prejudice with respect to all claims. All relief not expressly granted is denied.

SIGNED on February 24, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge